# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICARDO MARTINATI,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; UR JADDOU, Director of United States Citizenship and Immigration Services; and L. MILLER, Director of United States Citizenship and Immigration Services Nebraska Service Center.<br><br>            Defendants. | **4:22CV3065**<br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 5. The Notice states that Defendants have completed adjudication of Plaintiff's immigration application and, as such, Plaintiff voluntarily dismisses the case. Such a Notice does not require a court order when filed prior to any opposing party filing an answer, as is the case here. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Nevertheless, the Court enters this order to clarify whether dismissal is with or without prejudice. Because the Notice does not state otherwise, and there is no indication that Plaintiff has previously dismissed any action based on the same claim, the dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Therefore, pursuant to Plaintiff's Notice, this case is dismissed without prejudice.

Dated this 30th day of June, 2022.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge